IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> 0.93 ACRES (0.478 ACRES FEE AND 0.448 ) <br> ACRES EASEMENT), MORE OR LESS, ) <br> SITUATED IN DUBUQUE COUNTY, STATE ) <br> OF IOWA, AND CARLTON AND SHIRLEY ) <br> BUSCH, et al., ) <br> ) <br> Defendants. ) | Case No. 20-cv-1036 |

## COMPLAINT IN CONDEMNATION

1. This is a civil action brought by the United States of America at the request of the Federal Aviation Administration for the taking of land in Dubuque County, Iowa, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358. The Court has venue under 28 U.S.C. § 1403.

3. The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

4. The public purpose for which the property is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

5. A legal description of the property taken is set forth in Schedule C, which is attached hereto and made a part hereof.

1

6. A plat (map) showing the property taken is set forth in Schedule D, which is attached hereto and made a part hereof.

7. A description of the estate taken is set forth in Schedule E, which is attached hereto and made a part hereof.

8. The amount estimated to be just compensation for the taking is set forth in Schedule F, which is attached hereto and made a part hereof.

9. The names and addresses of known parties having or claiming an interest in the property, all of whom are named as defendants, are set forth in Schedule G, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and the Court award such other relief as may be lawful and proper.

DATED: September 1, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Assistant Attorney General

*/s/ Reade E. Wilson*
Reade E. Wilson, ME Bar # 4992
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-0299
Fax: (202) 353-7763
reade.wilson@usdoj.gov

PETER E. DEEGAN, JR.
United States Attorney

*/s/ Melissa A. Carrington*
Melissa A. Carrington
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Melissa.Carrington@usdoj.gov